1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL T. GOODMAN,                    )   1:10cv0550 OWW DLB
                                       )
                                       )
                    Plaintiff,         )   ORDER GRANTING PLAINTIFF'S
                                       )   APPLICATION TO PROCEED IN FORMA
                                       )   PAUPERIS
       v.                              )
                                       )   (Document 2)
BIG O TIRES, INC.,                     )
                                       )
                                       )
                                       )
                                       )
                    Defendant.         )
_____)

       Plaintiff Michael Goodman, proceeding pro se, filed the instant action on March 30,

2010.  Plaintiff also filed an application to proceed in forma pauperis pursuant to 28 U.S.C.

§ 1915.  Review of the application reveals that Plaintiff is entitled to proceed in forma pauperis

and the application is therefore GRANTED.


       IT IS SO ORDERED.

       **Dated:    April 7, 2010        _____/s/ Dennis L. Beck_____**
                                          UNITED STATES MAGISTRATE JUDGE

1